UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLYN LOWE, on behalf of herself and all others similarly situated<br><br>    Plaintiffs<br><br>v.<br><br>HIRECLUB.COM, INC., a Delaware Corporation:<br><br>    Defendant | Case No.: 3:21-cv-06768<br><br>**[PROPOSED]**<br>**ORDER ADMINISTRATIVELY CLOSING CASE**<br><br>Re:  Dkt. No. 10 |

As bankruptcy proceedings have been initiated and an automatic stay imposed, this case is ADMINISTRATIVELY CLOSED and all pending motions are terminated.

Once the bankruptcy proceedings conclude, the stay is lifted, or it otherwise becomes appropriate to reopen this case, the parties shall notify the Court and the matter will be reopened and the submitted motion ruled upon.

**IT IS SO ORDERED.**

Dated: November  19 , 2021

Laurel Beeler
United States Magistrate Judge